## NELSON v. BATTLE FOREST FRIENDS MEETING

No. 87A93

Case below: 108 N.C.App. 641

Appeal by plaintiffs pursuant to G.S. 7A-30 retained 7 April 1993. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 7 April 1993.

## PARTRIDGE v. ASSOCIATED CLEANING CONSULTANTS

No. 79P93

Case below: 108 N.C.App. 625

Motion by plaintiff to dismiss appeal for lack of substantial constitutional question allowed 7 April 1993. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1993.

## SHOLAR v. HAMBY

No. 88PA93

Case below: 108 N.C.App. 787

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 7 April 1993 on issue of appealability only.

## STATE v. CARMON

No. 89P93

Case below: 108 N.C.App. 787

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1993.

## STATE v. LINARDY

No. 147P93

Case below: 109 N.C.App. 698

Petition by defendant for writ of supersedeas and temporary stay denied 12 April 1993. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 April 1993.